**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

LYON FINANCIAL SERVICES, INC., Civil No. 01-1089 (JRT/FLN)

Plaintiff,

v. **ORDER**

POWERNET, INC., and
PATRICK TOD COLEGROVE,

Defendant.

---

Kevin K. Stroup, CHRISTIANSON STONEBERG GILES & STROUP, 300 O'Connell Street, Marshall, MN 56258, for plaintiff.

Charles N. Nauen, LOCKRIDGE GRINDAL NAUEN, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179, for defendants.

This matter is before the Court on defendants' letter requesting permission to file a motion to dismiss or transfer venue. The parties have agreed to litigate this case according to the rules governing expedited trials. Therefore, permission must be obtained prior to submitting dispositive motion papers to the Court. The Court finds that defendants have shown good cause to file a motion to dismiss or transfer venue. Plaintiff did not respond to defendants' letter request.

Based upon defendants' letter request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' letter requesting permission to file a motion to dismiss or transfer venue [Docket No. 8] is **GRANTED**.

SEP 25 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendants' memorandum in support of their motion to dismiss or transfer venue shall be no longer than ten pages and is due on September 28, 2001.

3. Plaintiff's responsive memorandum shall be no longer than fifteen pages and is due on October 8, 2001.

4. Defendants' reply memorandum shall be no longer than five pages and is due on October 11, 2001.

Per the rules of expedited trials, the Court will not hear oral argument of this motion but will rule promptly.

DATED: Sept. 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge