UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lyon Financial Services, Inc., a Minnesota corporation, d/b/a BCL Capital,

Plaintiff,

v.

PowerNet, Inc., a Nevada corporation and Patrick Tod Colegrove, individually,

Defendants.

Civil No. 01-1089 JRT/FLN

**STIPULATION AND MOTION FOR EXTENSION OF TIME**

Plaintiff Lyon Financial Services, Inc. ("Lyon") and Defendants PowerNet, Inc. ("PowerNet") and Patrick Tod Colegrove ("Colegrove") hereby stipulate and move to amend the Pretrial Schedule, dated August 20, 2001, to extend the deadlines within that Order. As grounds for this motion, PowerNet and Colegrove state that they wish to postpone the October 1, 2001, deadline for motions to amend the pleadings or add parties by two months to give the Court time to consider their pending motion to dismiss. Lyon has no objection to Defendants' request. All other dates would be adjusted accordingly. Therefore, the parties move that the following schedule be adopted:

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by November 15, 2001.

   b. All discovery shall be commenced in time to be completed by December 15, 2001.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 15, 2001.

FILED ... 5 2001
RICHARD D SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK

294983-1

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By plaintiff on or before December 1, 2001.

      2) By defendant on or before December 7, 2001.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By plaintiff on or before December 1, 2001.

      2) By defendant on or before December 7, 2001.

   c. Each party may depose no more than 1 expert witness on or before December 15, 2001.

3. Dispositive Motions: All dispositive motions shall be filed prior to January 1, 2002.

4. Trial: This case shall be ready for trial no later than February 1, 2002, at which time it will be placed on the court's nonjury trial calendar.

5. All other aspects of the Court's August 20, 2001, Pretrial Schedule remain in effect.

Dated: ~~September~~ Oct 1, 2001

Respectfully submitted,

CHRISTIANSON, STONEBERG, GILES
& STROUP, P.A.

By: ____________________
Kevin K. Stroup (#171116)
300 O'Connell Street
Marshall, Minnesota 56258-2368
Telephone: (507) 537-0591
Facsimile: (507) 532-3498

**ATTORNEY FOR PLAINTIFF**

Dated: ~~September~~ October 1, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________

Charles N. Nauen (#121216)
Martin A. Carlson (#299650)
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

**ATTORNEYS FOR DEFENDANTS**

SO ORDERED, this 15th day of October, 2001.

______________________

Honorable Franklin L. Noel
United States Magistrate Judge



TOTAL P.04

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500